UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF ALHAMBRA, a municipal corporation,<br><br>　　　　　　Defendant.<br><br><br>DISCOVERY MATTER | Case No.  CV11-00253 PA (JCx)<br><br>ORDER CONCERNING INADVERTENT PRODUCTION OF PRIVILEGED MATERIALS<br><br>[CHANGE MADE BY COURT TO PARAGRAPH 5] |

Based on the stipulation of the parties, filed April 19, 2011, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The inadvertent production of information that is subject to a claim of any privilege or of protection as trial-preparation material shall not constitute a waiver of any privilege or other protection in this action or in any other federal or state action, provided that—consistent with the provisions of F.R.C.P. 26(b)(5) and F.R.E. 502—the producing party notifies the receiving party in writing of the inadvertent production as soon as practicable following the producing party's discovery of the inadvertent production.

2. If a receiving party reasonably believes that the producing party has produced information that is potentially privileged, the receiving party shall notify the producing party and specifically identify the information. The receiving party shall cease any review of the potentially privileged material.

3. Following the producing party's written notice of the inadvertent production of information protected by attorney-client privilege or the attorney work product doctrine, the receiving party shall promptly return, destroy or delete from its databases all copies of the specified information and shall make reasonable efforts to retrieve the information if the receiving party previously provided the information to third parties.

4. The receiving party shall not assert a claim or argument in this or any other court or legal proceeding that the producing party's act of inadvertently producing the information constituted a waiver of the producing party's privilege or other protection over the information.

5. If there is a disagreement as to whether the specified information is privileged or subject to protection, the receiving party may present the information to the Court, along with an application which comports with Local Rule 79-5.1 to file such information under seal, for a determination of whether the information is

1 privileged or subject to protection. Until the Court makes a determination of the
2 privileged or protected status of the information, the receiving party shall not use in
3 any way (including, but not limited to, using the information in depositions or at
4 trial) nor disclose the information to other parties.

6 Dated: April 21, 2011

/s/
Jacqueline Chooljian
United States Magistrate Judge