# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF ALHAMBRA,<br><br>        Defendant. | Case No. CV 11-253 PA (JCx)<br><br>AMENDED JUDGMENT |

Pursuant to (a) the Court's Minute Order dated June 6, 2011, granting plaintiff Southern California Edison Company ("SCE") partial summary judgment and (b) the Stipulation for Awards of Attorneys' Fees to Plaintiffs Pursuant to 42 U.S.C. § 1988 filed June 17, 2011, and (c) the stipulation of the parties, filed June 21, 2011,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that SCE shall have judgment in its favor against defendant City of Alhambra ("Defendant") on the first, second and seventh claims for relief in SCE's first amended complaint, as set forth below:

1. SCE is granted a declaratory judgment against Defendant that the Encroachment Fee for Work by Utility Companies in Major City Streets That

Require Temporary Closure of Street, Sidewalks and Lanes During Construction (including the initial application and proposed work plan review fee, the excavation fee, the encroachment permit approval fee and the inspection fee) and the Excavation Fee Without Lane Closures and Plan Check (jointly referred to as the "Challenged Fees") contained in Defendant's Resolution No. R2M9-1 (the "Fee Resolution"), as applied to SCE, substantially impair its contractual rights under its franchise agreement with the City (the "Franchise") in violation of the Contract Clauses of the United States and California Constitutions (the "Contract Clauses").

2. In order to avoid irreparable injury to SCE as a result of Defendant's infringement of SCE's contractual rights in violation of the Contract Clauses, Defendant, its officers, employees and persons acting in concert with them, are hereby permanently enjoined from requiring that SCE or its contractors pay the Challenged Fees, or any of them, as a condition to performing work authorized or required by the Franchise.

3. SCE is hereby awarded compensatory damages against Defendant in the amount of $221,222, which constitute the Challenged Fees Defendant billed, and SCE paid, subject to its objections, for work SCE and its contractors performed pursuant to the Franchise from March 1, 2009 through December 31, 2010.

4. Pursuant to 42 U.S.C. § 1988 and the stipulation of the parties, SCE is hereby awarded attorneys' fees in the amount of $100,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to SCE's request, the remaining claims in its first amended complaint are dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant take nothing and that SCE shall have its costs of suit.

. . . .

. . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Amended Judgment shall supersede the Judgment entered by the Court on June 6, 2011.

IT IS SO ORDERED.

Dated: June 27, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

CARLSMITH BALL LLP
ATTORNEYS AT LAW
LOS ANGELES

4840-0098-4585.3